**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **SHATORIA KIERRA PITTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:25-cv-348 (MTT)** |
| | ) | |
| **Judge PAMELA WHITE COLBERT,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Pro se Plaintiff Shatoria Kierra Pitts filed this action and moved to proceed in forma pauperis ("IFP") on August 19, 2025. ECF 1. On February 20, 2026, the Court granted Pitts' motion to proceed IFP and screened Pitts' complaint under 28 U.S.C. § 1915. ECF 13. After screening, the Court determined that the Macon-Bibb Magistrate Court and Judge Culbert were entitled to immunity, and dismissed Pitts' claims against those defendants. *Id.* at 6-8. The Court also ordered Pitts to amend her complaint as to her remaining allegations against Clerk Erica Woodford and attorney Kaniesha Hendrix. *Id.* at 6-9.

Pitts amended her complaint on March 5, 2026. ECF 14. Then, on March 10, Pitts moved for leave to file a second amended complaint. ECF 15. In her proposed second amended complaint, Pitts attempted to join Travis Finnell as a plaintiff to this action. ECF 15 at 2. Because Pitts could amend her complaint once as a matter of course under Rule 15(a)(1)(2), the Court granted Pitts' motion for leave to amend her

complaint. ECF 16 at 1. The Court ordered Finnell to move to proceed IFP by March 27, 2026, if he wished to proceed without paying the filing fee. *Id.* at 1.

On March 24, 2026, Finnell filed a motion for joinder and a motion to proceed IFP. ECF 18. However, Finnell's motion to proceed IFP did not contain sufficient financial information for the Court to determine whether he could pay the filing fee. *Id.* Thus, the Court denied Finnell's IFP motion and ordered him to refile by April 21, 2026, using the Court's standard form, which was provided to him by the Clerk of Court. ECF 19.

The April 21, 2026, deadline has since passed, and Finnell has not moved to proceed IFP. Accordingly, Finnell's motion for joinder (ECF 18) is **DENIED**. Any claims asserted by Finnell are **DISMISSED without prejudice**. Because Pitts' second amended complaint (ECF 16) asserts claims on behalf of both Pitts and Finnell, Pitts is **ORDERED** to file a third amended complaint. Pitts' third amended complaint shall not include Finnell as a plaintiff, and it shall only include Pitts' claims against Clerk Woodford and Hendrix. Pitts' third amended complaint **SHALL** be due by **May 11, 2026**. The Court will review Pitts' third amended complaint as required by 28 U.S.C. § 1915(e)(2)(B), and it will dismiss any claims that (1) are frivolous or malicious; (2) fail to state a claim upon which relief may be granted; or (3) seek monetary relief against a defendant who is immune from such relief.

**SO ORDERED**, this 27th day of April, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

-2-